UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-22123-BLOOM/Louis

SARAH ALDRICH,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.
d/b/a NORWEGIAN CRUISE LINE,
a Bermuda Company; NORWEGIAN
CRUISE LINE HOLDINGS LTD., a
Bermuda Company; and NCL CORP. LTD.,
a Bermuda Company,

    Defendants.
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND FOR AN EXTENSION OF TIME TO EFFECTUATE SERVICE

Podhurst Orseck, P.A. moves, pursuant to Local Rules 7.1(a) and 11.1(d)(3), for entry of an order permitting formal withdrawal as counsel of record for Plaintiff Sarah Aldrich. This Motion is supported by good cause, as set forth below.

With only days before the statute of limitations was set to expire in this case, I was contacted by California law firm Downtown L.A. Law Group ("DTLA Law") asking for help filing this matter. I was clear with DTLA Law that there was insufficient time for me to properly analyze the matter. I agreed, as a courtesy to an attorney at DTLA Law that I had known for years and to Mrs. Aldrich, that I would undertake co-representation of Plaintiff for purposes of filing the case to prevent an argument that the statute of limitations had run. I and DTLA Law could then discuss the matter to determine if Podhurst Orseck, P.A. would remain involved or if they would seek alternative local counsel.

Once the complaint was filed, my staff and I made numerous attempts to contact DTLA Law by phone and email to discuss the case. Unfortunately, the attorney I knew there had left the firm and the attempts to reach the attorney handling the file, as well as attempts to reach a firm administrator I had previously spoken to, have all gone unanswered.

I spoke with Mrs. Aldrich and she is aware of this Motion and the relief being requested. This Motion is made in good faith and, in view of the present status of this matter, will not result in prejudice to any party. This Motion should not, in any way, be construed as a comment on the merits of Mrs. Aldrich's claims. She is being served with a copy of this Motion at her current mailing address as reflected below in the Certificate of Service.

Podhurst Orseck, P.A. respectfully requests that the Court grant this Motion to Withdraw as Counsel. We further request that the Court grant Mrs. Aldrich 90 days from the date of the Court's Order granting this Motion to: (1) have new attorneys appear; (2) notify the Court that she will proceed *pro se*; or (3) dismiss the suit. Last, Plaintiff requests that the Court extend the service deadline stated in Federal Rule of Civil Procedure 4(m) by thirty days beyond when new counsel appears or when notice of proceeding *pro se* is filed.

WHEREFORE, Podhurst Orseck, P.A. respectfully requests that this Court enter an Order granting this Motion to Withdraw as Counsel and for Extension of Time and relieving them of all further responsibility in the representation of Plaintiff and extending the time for Plaintiff to perfect service.

Dated: August 5, 2019.    Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:    */s/ Ricardo M. Martínez-Cid*    
       RICARDO M. MARTÍNEZ-CID
       Florida Bar No. 383988
       Email: RMCTeam@podhurst.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served on August 5, 2019, on Plaintiff Sarah Aldrich via U.S. Mail to 30668 Stage Coach Road, Menifee, CA 92584 and via email at sarahaldrich33@yahoo.com.

       */s/ Ricardo M. Martinez-Cid*
       RICARDO M. MARTÍNEZ-CID