UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22123-BLOOM/Louis

SARAH ALDRICH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
d/b/a NORWEGIAN CRUISE LINE,
a Bermuda Company; NORWEGIAN
CRUISE LINE HOLDINGS LTD., a
Bermuda Company; and NCL CORP. LTD.,
a Bermuda Company,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Podhurst Orseck, P.A.'s Motion to Withdraw as Counsel and for an Extension of Time to Effectuate Service. ECF No. [6] (the "Motion"). The Court has reviewed the Motion, the record and the applicable law, and is otherwise fully advised. The Motion requests that the Court enter an order permitting Podhurst Orseck, P.A. to withdraw from the above-styled case and from further representation of Plaintiff. The Motion also requests that the Court extend the service deadline by thirty days beyond when new counsel appears or when notice of proceeding *pro se* is filed. The Motion states that Podhurst Orseck, P.A. agreed to a request by a California law firm to undertake co-representation of Plaintiff for the purpose of filing the case to prevent an argument that the statute of limitations had run and would later discuss the matter to determine if Podhurst Orseck, P.A. would remain involved. Since filing the complaint, Podhurst Orseck, P.A. has not been able to contact the California law firm. The Court finds good cause exists to permit Podhurst Orseck, P.A. to withdraw.

Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [6]**, is **GRANTED**.

2. **Within four (4) days of the entry of this Order**, Podhurst Orseck, P.A. shall serve a copy of this Order on the Plaintiff **and file a Notice with the Court indicating when service was made** and indicating that the contents of this Order were thoroughly explained to Plaintiff.

3. Subsequent to filing the Notice, Ricardo M. Martinez-Cid, Lea P. Bucciero, and Podhurst Orseck, P.A., shall be relieved of all further responsibilities related to Plaintiff in this proceeding.

4. **Plaintiff shall have thirty days (30) from the date of this Order** to (1) have her new counsel file a Notice of Appearance with the Court; (2) notify the Court that she will proceed *pro* se; or (3) dismiss this suit.

5. The service deadline is extended by 30 days or until **September 23, 2019** to perfect service upon each named Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida on August 6, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record