**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-22123-BLOOM/Louis**

SARAH ALDRICH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
d/b/a NORWEGIAN CRUISE LINE,
a Bermuda Company; NORWEGIAN
CRUISE LINE HOLDINGS LTD., a
Bermuda Company; and NCL CORP. LTD.,
a Bermuda Company,

    Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff filed the instant action on May 24, 2019. ECF No. [1]. On August 5, 2019, Plaintiff's counsel filed a Motion to Withdraw as Attorney. ECF No. [6]. This Court granted the Motion to Withdraw as Attorney on August 6, 2019, and ordered that, on or before September 6, 2019, Plaintiff (1) have her new counsel file a Notice of Appearance with the Court; (2) notify the Court that she will proceed *pro* se; or (3) dismiss this suit. ECF No. [7] ("Order on Motion to Withdraw"). Moreover, the Order on Motion to Withdraw granted Plaintiff a thirty-day extension and required that service be perfected upon each Defendant by September 23, 2019. *Id.* At 2. On September 9, 2019, the Court issued an order to show cause why Plaintiff had not complied with its Order on Motion to Withdraw on the issue of Plaintiff's representation, and extended the compliance date to September 16, 2019. ECF No. [9]. To date, Plaintiff has neither supplied the Court with proof that service has been perfected, nor has she complied with the Court's order or shown cause.

Case No. 19-cv-22123-BLOOM/Louis

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders;

2. Each party shall bear its own attorneys' fees and costs;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 24, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Sarah Aldrich
30668 Stage Coach Road
Menifee, CA 92584